1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE GONZALEZ,                          1:14-cv-01259-MJS (HC)

12                    Petitioner,

13          v.                                 ORDER TRANSFERRING CASE TO THE
                                               UNITED STATES DISTRICT COURT FOR
14   FRED FOULK,                               THE CENTRAL DISTRICT OF
                                               CALIFORNIA
15                    Respondent.

16

17          Petitioner, a state prisoner, has filed a habeas corpus petition pursuant to 28

18   U.S.C. § 2254.

19          The federal venue statute requires that a civil action, other than one based on

20   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant

21   resides, if all defendants reside in the same state, (2) a judicial district in which a

22   substantial part of the events or omissions giving rise to the claim occurred, or a

23   substantial part of the property that is the subject of the action is situated, or  (3) a

24   judicial district in which any defendant may be found, if there is no district in which the

25   action may otherwise be brought." 28 U.S.C. § 1391(b).

26          Venue for a habeas action is proper in either the district of confinement or the

27   district of conviction. 28 U.S.C. § 2241(d). The district court for the district wherein such

28   an application is filed in the exercise of its discretion and in furtherance of justice may

                                              1

1  transfer the application to the other district court for hearing and determination. Id.

2      It is preferable for petitions challenging a conviction or sentence to be heard in the

3  district of conviction while petitions challenging the manner in which the sentence is

4  being executed be heard in the district of confinement. Dunne v. Henman, 875 F.2d 244,

5  249 (9th Cir. 1989). In this case, it appears that Petitioner is challenging a conviction

6  from Los Angeles County, which is in the Central District of California.  See 28 U.S.C. §

7  84. Therefore, the petition should have been filed in the United States District Court for

8  the Central District of California. In the interest of justice, the petition will be transferred

9  to the United States District Court for the Central District of California. 28 U.S.C. §§

10  1404(a) and 2241(d).

11      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

12  United States District Court for the Central District of California.

13

14  IT IS SO ORDERED.

15  Dated:   August 12, 2014          /s/ *Michael J. Seng*

16                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2